United States District Court
EASTERN DISTRICT OF WASHINGTON



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 14 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA

V.

MICHAEL J. CHARLES and
AMY M. BEVERS

(Name & Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: MJ-08-185

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

I further state that I am a Task Force Officer and that this complaint is based on the following facts:

That on or about July 8, 2008, in the Eastern District of Washington, MICHAEL J. CHARLES and AMY M. BEVERS did knowingly and intentionally distribute a mixture or substance containing a detectable amount of Methamphetamine, in the form of ecstasy pills, both Schedule I controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

Continued on the attached sheet incorporated herein by this reference.  ☒ Yes  ☐ No

Signature of Complainant
Brad Richmond, Task Force Officer, FBI

Sworn to before me, and subscribed in my presence
July 14, 2008
Date

at Spokane, Washington
City and State

CYNTHIA IMBROGNO
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

P80714DD.AAB.wpd